**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DELPHINE D. SOPSHER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-5590** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF** **SOCIAL SECURITY ADMINISTRATION** | **SECTION "A" (2)** |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the written objections to the Magistrate Judge's Report and Recommendation, hereby concludes that this matter should be remanded to the Commissioner. The Court is not persuaded that the ALJ properly applied the severity standard set out in Stone v. Heckler, 752 F.2d 1099 (5th Cir. 1985), when determining that petitioner's mental impairments are not severe. While the ALJ did cite to the Stone case in his decision, (Tr. 74), it is not clear that he followed the standards required by that case.

Accordingly,

**IT IS ORDERED** that this matter is **REMANDED** to the Commissioner for reconsideration of petitioner's mental impairments in light of the proper standard, after considering any further evidence gathered in the subsequent two years following the ALJ's original decision.

April 8, 2009

_____
UNITED STATES DISTRICT JUDGE