UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DELPHINE D. SOPSHER | CIVIL ACTION |
| VERSUS | NO. 07-5590 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "A" (2) |

## **O R D E R**

The Court, having considered the motion, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Government's non-opposition to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's motion (Rec. Doc. 20) is **GRANTED**, and that attorney's fees are awarded in the amount of $3,937.50 pursuant to 28 U.S.C. § 2412.

July 28, 2009

_____
UNITED STATES DISTRICT JUDGE